

**Kluger Healey, LLC**
Attorneys at Law

PHILLIP G. RAY
pray@klugerhealey.com

106 Apple Street, Suite 302
Tinton Falls, New Jersey 07724
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

May 23, 2019

*VIA ECF*
The Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

    Re:    **Adler Hydro-Vac Services, Inc. v. Global Energy Solutions, Inc.**
             **Case No. 2:19-cv-5137-CCC-SCM**

Dear Judge Cecchi:

    We represent the Plaintiff in the above-referenced action. We were just notified that filed a voluntary petition under chapter 11 of the United States Bankruptcy Code that is pending in United States Bankruptcy Court, Eastern Division Virginia, Case no. 19-11583(BFK). Accordingly, in accordance with the automatic stay provisions of 11 U.S.C. § 362, Plaintiff writes to withdraw its pending motion for default judgment. Thank you for Your Honor's kind attention to this action.

                            Respectfully submitted,

                            /s Phillip G. Ray
                          PHILLIP G. RAY

PGR/sd
cc:    Global Energy Solutions, Inc. (via mail)

                                      **SO ORDERED**

                                      *s/Claire C. Cecchi*
                                      **Claire C. Cecchi, U.S.D.J.**
                                      **Date:** 6/18/19