**KLUGER HEALEY, LLC**
106 Apple Street, Suite 302
Tinton Falls, NJ 07724
T: (732) 852-7500
F: (888) 635-1653
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADLER HYDRO-VAC SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL ENERGY SOLUTIONS, INC. <br><br> Defendant. | Case No.: 2:19-cv-05137-CCC-SCM <br><br><br> **JUDGMENT FOR SUM CERTAIN BY DEFAULT PURSUANT TO FED. R. CIV. P. 55** |

Defendant, Global Energy Solutions, Inc., was served with the Summons and Complaint in this action on or about February 14, 2019 and the time for Defendant to appear, answer or move against the Complaint has expired without an appearance by Defendant; upon application of plaintiff and upon declaration that Defendant is indebted to plaintiff; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the Plaintiff, Adler Hydro-Vac Services, Inc., recover from the Defendant the sum of $79,820.25, the amount claimed, plus $400 in court costs and $1,538.45 in prejudgment interest (pursuant to R. 4:42-11), amounting in all to $81,758.70, plus interest on the

judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

                                                                                                       /s/ signature

                                                                                                        Claire C. Cecchi
                                                                                                        United States District Judge

Dated: August 16, 2019